HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LOWELL EDWARD JACKSON,

    Petitioner,

    v.

DONALD R. HOLBROOK,

    Respondent.

Case No.  3:19-cv-06055-RAJ

ORDER

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses thereto, and the remaining record, the Court finds and **ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation (Dkt. # 16).

(2) The case is **DISMISSED with prejudice**, and issuance of a certificate of appealability is **DENIED**.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 8th day of December, 2020.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1